UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HAROLD E. JACKSON,

                       Plaintiff,

      vs                                              8:09-CV-923

MELISSA BUCHER, Children-Youth Family
Worker; ALETHIA A. JOHNSON, Day Care
Teacher; and THOMAS KUBISH, Detective,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                               OF COUNSEL:

HAROLD E. JACKSON
02-A-6683
Plaintiff, pro se
Franklin Correctional Facility
PO Box 10
Malone, NY 12953

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Harold E. Jackson, brought this civil rights action in August 2009, pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated October16, 2009, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that this action be dismissed for failure to state a claim upon which relief may be granted. No objections to the Report-Recommendation have been filed.

      Based upon a careful review of the entire file and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that this action is DISMISSED.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:  November 2, 2009
		Utica, New York.

									_____
									United States District Judge